Ethel LEVY, Plaintiff-Appellant,

v.

Tom O'MALLEY, etc., et al., Defendants-Appellees.

No. 71-2598

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

May 23, 1972.

Rehearing Denied June 13, 1972.

Ethel Levy, pro se.

Larry Levy, Asst. Gen. Counsel, Charles C. Anderson, William B. Corbett, Jr., Div. of Securities, Dept. of Banking and Finance, Tallahassee, Fla., for defendants-appellees.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

The order of the district court denying appellant's motion for a preliminary injunction and dismissing the complaint is affirmed. See Levy v. Norred, 5 Cir. 1971, 448 F.2d 653; Levy v. Norred, 5 Cir. 1972 [No. 71-2865, April 14, 1972].

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

AIRLIFT INTERNATIONAL, INC., et al., Plaintiffs-Appellants,

v.

UNITED STATES of America et al., Defendants-Appellees.

No. 72-1435

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 9, 1972.

Walsh, Dolan & Krupnick, P. A., Fort Lauderdale, Fla., for appellant.

L. Patrick Gray, III, Asst. Atty. Gen., Robert W. Rust, U. S. Atty., Morton Hollander, Judith S. Feigin, Dept. of Justice, Washington, D. C., for appellee.

Before BELL, DYER, and CLARK, Circuit Judges.

PER CURIAM:

The single issue raised on this appeal is whether the trial court, in a non-jury action brought to recover certain damages under an insurance contract, committed reversible error in refusing to admit certain expert testimony concerning the scope of the contract's coverage. We need not decide whether the court's ruling amounted to an abuse of discretion, for if it were, such error would be harmless in light of the remaining uncontested findings of fact and conclusions of law. Cf. Cain et al. v. Commissioner of Internal Revenue, 460 F.2d 1243 (5th Cir. 1972).

Affirmed.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y., 431 F.2d 409, Part I (5th Cir. 1970).